# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
<u>Norfolk Division</u>

In re:

MICHAEL KEVIN HUCK,                                 Case No. 15-71354-FJS
                                                                                Chapter 13

       Debtor.

## TRUSTEE'S REPLY TO SWANGO LAW, PC'S RESPONSE
## TO COURT'S ORDER TO SHOW CAUSE

COMES NOW R. Clinton Stackhouse, Jr., Chapter 13 Trustee, (the "**Trustee**") and in reply to the response filed on behalf of Swango Law, P.C. (the "**Response**") to the Court's Order to Show Cause entered on December 22, 2015 (the "**Order to Show Cause**"), the Trustee states as follows:

1. The Response filed on behalf of Swango Law, P.C. accurately reflects the Trustee's understanding and agreement to Swango Law, P.C.'s proposed "action plan", subject to this Court's approval.

WHEREFORE, the Trustee prays for such relief as this Court deems just and proper.

                                                            R. Clinton Stackhouse, Jr.
                                                            Chapter 13 Trustee


                                                            <u>/s/ R. Clinton Stackhouse, Jr.</u>


R. Clinton Stackhouse, Jr., VSB# 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 Telephone
(757) 333-3434 Facsimile

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 4, 2016, I will electronically file the foregoing Reply with the Clerk using the CM/ECF system, which will then send electronic notification of such filing to Matthew R. Hahne, Esquire and Sarah Ramage Clarson, counsels for the Debtor, and Timothy V. Anderson, Esquire, counsel for Swango Law, P.C. and that a true copy was mailed, first class, postage prepaid to:

Michael Kevin Huck
1528 East Ocean View Ave.
Norfolk, VA 23503

Swango Law, P.C.
485 S. Independence Blvd, Ste. 104
Virginia Beach, VA 23542

                */s/ R. Clinton Stackhouse, Jr.*

                R. Clinton Stackhouse, Jr., VSB# 19358
                Chapter 13 Trustee
                7021 Harbour View Blvd., Suite 101
                Suffolk, VA 23435
                (757) 333-4000 Telephone
                (757) 333-3434 Facsimile